FILED

07/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0533

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0533

_____

NATIONAL INDEMNITY COMPANY,

Plaintiff and Appellant,

v.

STATE OF MONTANA,

Defendant, Appellee,
and Cross-Appellant,

and

TERRY JELLESED, RAYMOND
ABRAHAMSON, RANDALL BAETH,
MARLISE BAILEY, DELMAS BROOKS,
SHIRLEY CHAPMAN, RUTH FORE,
JEFFERY GOVI, THOMAS JENKINS,
JAMES McNULTY, AND PHILLIP PEREZ,

Interveners.

_____

O R D E R

Appellant National Indemnity Company, through counsel, has filed a motion for leave to file an over-length reply and cross-appeal response brief of 13,500 words. Counsel for Appellee does not object to a brief of 6,500 words.

Pursuant to Appellant's motion, and good cause appearing,

IT IS ORDERED that Appellant's motion to file an over-length brief is GRANTED. The reply and cross-appeal response brief shall be no more than 7,500 words.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 2 2020